AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 18, 2025 12:53 PM
Lucy H.Carrillo, Clerk of Court

United States of America
v.
Melvin Lucky

*Defendant(s)*

Case No. MJ 25-00748 KJM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 17, 2025 in the county of ________ in the ________ District of Hawaii, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Margaret Blanton, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 18, 2025

City and state: Honolulu, HI

Kenneth J. Mansfield
United States Magistrate Judge

KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

SARA D. AYABE #9546
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: sara.ayabe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN LUCKY,<br><br>Defendant. | CASE NO. **MJ 25-00748 KJM**<br><br>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Margaret E. Blanton, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

## INTRODUCTION

1. This affidavit is submitted for the purpose of establishing probable cause that on or about June 17, 2025, within the District of Hawaii, Melvin Lucky ("LUCKY"), the defendant, committed the offense of possessing a machinegun, in violation of 18 U.S.C. § 922(o).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since July 2011. Currently, I am assigned to the Hawaii Violent Crime Task Force and investigate violent crimes, firearm offenses, drug trafficking and violent crimes against children. I was previously assigned to the Los Angeles Metropolitan Task Force on Violent Gangs, in which I investigated the most violent and criminally active gangs and narcotics organizations in the Los Angeles, California area. Prior to my employment as a Special Agent, I was a Police Officer with the FBI for approximately three years. During my tenure with the FBI, I have participated in numerous investigations of violent crime. Through these investigations, I gained substantial experience collecting evidence, conducting physical surveillance, interviewing subjects and witnesses, executing search warrants, conducting undercover operations, and using confidential sources. I have received extensive training in these matters, as well. I have also worked with other federal agents and law enforcement officers who have investigated these crimes and they have shared their knowledge and experience

regarding the manner in which firearms are obtained, sold, and used. Furthermore, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code and empowered by law to conduct investigations of and to make arrests for the offenses enumerated in Section 2516 of Title 18, United States Code. Through my training and experience, I have become familiar with the manner in which criminal offenders operate, and the efforts of those involved in such activities.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers and federal agents. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint and offense and does not set forth all of my knowledge about this matter. I have set forth only the facts that I believe are necessary to establish probable cause to support the requested Complaint.

## PROBABLE CAUSE

4. On June 17, 2025, investigators observed LUCKY operating a black colored 2009 Mercedes Benz sedan bearing Hawaii license plate SRX403 (hereafter referred to as the "SUBJECT VEHICLE") in the State of Hawaii. Investigators detained LUCKY and conducted a search of his person and the SUBJECT VEHICLE pursuant to federal search warrants, Case No. MJ 25-00676

KJM and Case No. MJ 25-00675 KJM. The following items, among others, were recovered from the SUBJECT VEHICLE:

a. A Glock, Model 17, 9mm caliber pistol bearing serial number BCHM290, containing a magazine with 25 rounds of 9mm ammunition and a Glock switch attached to the pistol, found within a blue and white backpack.

b. Also within the blue and white backpack: a clear Ziploc bag containing a green leafy substance purported to be marijuana, weighing approximately 128 gross grams. Laboratory results are pending.

5. Additionally on June 17, 2025, Investigators conducted a search of LUCKY's residence (hereafter referred to as the "SUBJECT PREMISES") pursuant to a federal search warrant, Case No. MJ 25-00674 KJM. The following items, among others, were recovered from LUCKY's bedroom at the SUBJECT PREMISES:

a. A black in color AR-15 pistol, bearing manufacturer name "MOE" and no serial number.

b. A brown and black in color 12 gauge shotgun, bearing manufacturer name "Hatfield" and no serial number.

c. A black in color Glock switch.

d. Multiple magazines, approximately 51 rounds of .223 ammunition, approximately ten 12 gauge shotgun shells and approximately one round of 9mm ammunition.

e. One black scale and a clear Ziploc bag containing a green leafy substance purported to be marijuana, weighing approximately 79.8 gross grams. Laboratory results are pending.

6. LUCKY was placed under arrest. LUCKY was advised of his *Miranda* rights and waived them. In sum and substance, LUCKY admitted that the pistol, Glock switch, ammunition and marijuana recovered from the SUBJECT VEHICLE were his. LUCKY also admitted that the firearms recovered from his bedroom were his. LUCKY explained that a Glock switch makes a handgun fully automatic.

7. Through my training and experience, I know a Glock switch is a small device that can be attached to the rear of the slide potion of a Glock handgun, which converts the pistol from semi-automatic to a fully automatic pistol. Such devices are illegal to possess under Title 18 U.S.C. § 922(o) except in limited circumstances.

**CONCLUSION**

8. Based on the foregoing, I believe there is probable cause to conclude MELVIN LUCKY committed violation of 18 U.S.C. § 922(o).

FURTHER AFFIANT SAYETH NAUGHT.

DATED: Honolulu, Hawaii, June 18, 2025.

Respectfully submitted,

Margaret E. Blanton
Special Agent
Federal Bureau of Investigation

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 18th day of June, 2025, at Honolulu, Hawaii.

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

Kenneth J. Mansfield
United States Magistrate Judge